1
2
3
4
5          UNITED STATES DISTRICT COURT
6              EASTERN DISTRICT OF CALIFORNIA
7
8    RODERICK WASHINGTON,              )    1:07-CV-00974 LJO NEW (DLB) HC
                                       )
9              Petitioner,             )
                                       )    ORDER DISREGARDING PETITIONER'S
10        v.                           )    APPLICATION FOR CERTIFICATE OF
                                       )    APPEALABILITY
11   ARNOLD SCHWARZENEGGER,            )    [Doc. #13]
                                       )
12             Respondent.             )
     _____ )
13

         Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus

14
15   pursuant to 28 U.S.C. § 2254.

         On August 29, 2007, Petitioner filed third motion for certificate of appealability of the

16
17   August 14, 2007, order dismissing his petition for a writ of habeas corpus.  Inasmuch as Petitioner's

     applications for certificate of appealability were already denied, the instant application is

18
19   DISREGARDED.

     IT IS SO ORDERED.

20
21   **Dated:    August 30, 2007**          _____
                                                  **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE

22
23
24
25
26
27
28