# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON, ) | 1:07-CV-00974 LJO HC |
| Petitioner, ) | |
| ) | ORDER REFERRING ACTION TO |
| v. ) | MAGISTRATE JUDGE GARY S. AUSTIN |
| ARNOLD SCHWARZENEGGER, ) | |
| Respondent. ) | |

The undersigned, having been appointed District Judge, finds the necessity for referral of the above-captioned case, and for notice be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above-captioned case shall be and is hereby REFERRED to Magistrate Judge Gary S. Austin for further proceedings. The new case number for this action, which must be used on all future documents filed with the Court, is:

**1:07-CV-00974 LJO GSA HC**

All dates currently set in this referred action shall remain pending subject to further order of the Court.

IT IS SO ORDERED.

**Dated:   November 27, 2007**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE