UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>        Petitioner,<br><br>   v.<br><br>ARNOLD SCHWARZENEGGER,<br><br>        Respondent. | 1:07-CV-00974 LJO GSA HC<br><br>FINDINGS AND RECOMMENDATION |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 3, 2007, Petitioner filed the instant federal petition for writ of habeas corpus in this Court, and the petition was assigned case number "1:07-CV-00974 LJO NEW (DLB) HC." On August 14, 2007, the District Court issued an order dismissing the petition as duplicative of the petition filed in case number "1:07-CV-00554 LJO DLB HC." That order was summarily reversed by the Ninth Circuit on Appeal as the petitions were not in fact duplicative.

The Court has reviewed the docket and identified the error. It is not the petition in case number "1:07-CV-00554 LJO DLB HC" of which the instant petition is duplicative. It is the petition in case number "1:07-CV-00277 LJO SMS HC."

1      In the petition filed in case number "1:07-CV-00277 LJO SMS HC," Petitioner raised six claims challenging his conviction in People v. Washington, case number "06CM7011," which resulted in parole revocation. The petition was dismissed with prejudice on April 11, 2007. In the petition filed in this case, Petitioner raises six claims for relief challenging the same conviction in People v. Washington, case number "06CM7011," and raising essentially the same claims.

In light of the duplicative nature of the petitions, the Court finds that the instant action should be dismissed.

**RECOMMENDATION**

Accordingly, the Court RECOMMENDS that the Petition for Writ of Habeas Corpus be DISMISSED as duplicative.

This Findings and Recommendation is submitted to the Honorable Lawrence J. O'Neill, United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within thirty (30) days after being served with a copy, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation."  Replies to the objections shall be served and filed within ten (10) court days (plus three days if served by mail) after service of the objections.  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **November 30, 2007**                    **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE